over and over again. In fact, so often has it been decided that the courts, latterly, in adjudicating the question, rather deem it a work of supererogation to cite authorities to support the position.

In *Van Sciver* v. *Public Service Railway Co., 96 N. J. L.* 13, the Supreme Court, *per* Chief Justice Gummere, held (at *p.* 14): "The first and second grounds of appeal submitted by the appellant are (1) that the verdict was against the weight of the evidence, and (2) that the sum awarded was entirely inadequate to compensate the plaintiff for his loss. It is enough to say, in disposing of these two matters, that they cannot be considered by an appellate tribunal; the only matters properly coming before it for determination are alleged errors committed by the court during the trial of the cause." And in *Bozza* v. *Leonardis, 3 N. J. Mis. R.* 1186, the Supreme Court held, *per curiam* (at *p.* 1187): "The first ground is that the verdict of the jury was against the weight of the evidence. This ground cannot be considered on an appeal. We have nothing to do with the weight of the evidence."

The judgment under review herein must be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.

---

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LOUIS KISH, PLAINTIFF IN ERROR.

Submitted October 29, 1926—Decided January 31, 1927.

On error to the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 129.

State v. Kudelka.     *103 N. J. L.*

For the defendant in error, *Sylvester C. Smith, Jr.*

For the plaintiff in error, *William A. Stryker.*

PER CURIAM.

The judgment under review herein should' be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.

---

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ANNA KUDELKA, PLAINTIFF IN ERROR.

Submitted October 29, 1926—Decided January 31, 1927.

On error to the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 727.

For the defendant in error, *Albert H. Holland.*

For the plaintiff in error, *Elmer W. Romine.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.